IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00207-BNB

DAVID EUGENE BIRDSALL, SR.,

    Plaintiff,

v.

DAVID FRANKS,
DENVER POLICE DEPT.,
HANNA DAVIS,
OTHER MHCD EMPLOYEES, and
DOCTOR JYAN, MHCD,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff, David Eugene Birdsall, Sr., initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2). On January 28, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Birdsall to cure certain deficiencies if he wished to pursue his claims in this action. More specifically, Magistrate Judge Boland directed Mr. Birdsall to submit an amended pleading and an amended motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the appropriate nonprisoner forms because there was no indication that Mr. Birdsall was a prisoner. Magistrate Judge Boland also directed Mr. Birdsall to provide an address for each named Defendant. Mr. Birdsall was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On February 10, 2014, the copy of Magistrate Judge Boland's January 28 order that was mailed to Mr. Birdsall at the address he provided was returned to the Court undelivered. The returned envelope (ECF No. 5) bears a stamp or sticker that reads "RETURN TO SENDER, NO SUCH NUMBER, UNABLE TO FORWARD."

Pursuant to Rule 11.1(d) of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address within five days of any change of address. Mr. Birdsall has failed to comply with the Court's local rules and, as a result, he has failed within the time allowed to cure the deficiencies as directed. Therefore, the complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Birdsall failed to prosecute and cure the deficiencies as directed. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma*

*pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  4th  day of   March  , 2014.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court